UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MELVIN HINDS | § |
| | § CIVIL NO: |
| vs. | § MO:06-CV-00134-RAJ |
| | § |
| LOU'S CLINICAL LABORATORY INCORPORATED, PSYCHEMEDICS INCORPORATED, BAKER HUGHES INCORPORATED | § |

## ORDER CANCELLING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION/TRIAL** on **Monday, March 31, 2008 at 08:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 4th day of March, 2008.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE